IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

**PATRICK FULLER**                                                                                **PLAINTIFF**

VS.                                                           **CAUSE NO. 3:07cv515-HTW-LRA**

**DALLOZ FALL PROTECTION, INDIVIDUALLY,
DALLOZ SAFETY, INDIVIDUALLY,
BACOU-DALLOZ, USA, INC. D/B/A SPERIAN
PROTECTION USA, INC., AND U.S. RIGGING
SUPPLY CORPORATION**                               **DEFENDANTS**

## AGREED FINAL JUDGMENT OF DISMISSAL

By agreement of the plaintiff, Patrick Fuller, and the following defendants, Sperian Fall Protection, Inc., improperly sued as "Dalloz Fall Protection", Sperian Protection USA, Inc., improperly sued as "Bacou-Dalloz USA, Inc.", and Bacou-Dalloz Safety, Inc., improperly sued as "Dalloz Safety, Inc." (collectively "the Sperian defendants"), and upon good cause having been shown, the Court is of the opinion that any and all claims asserted by plaintiff Patrick Fuller against the Sperian defendants are due to be, and hereby are, DISMISSED WITH PREJUDICE, with each party to bear its own costs and fees herein.

SO ORDERED, this the 27th day of December, 2007.

                                                              s/ HENRY T. WINGATE
                                                              CHIEF UNITED STATES DISTRICT JUDGE

AGREED TO:

s/ J. Ashley Ogden
J. Ashley Ogden
For Plaintiff Patrick Fuller


s/ Robert B. Ireland, III
Robert B. Ireland, III
For Defendants Sperian Fall
Protection, Inc., Sperian Protection USA,
Inc., and Bacou-Dalloz Safety, Inc.